# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159774

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CORDELL DANIEL JONES,
     Defendant-Appellant.

SC: 159774
COA: 348764
Wayne CC: 14-009649-FC

_____/

     On order of the Court, the application for leave to appeal the May 7, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



b0323

Clerk